

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-16-00018-CR

CHARLES KEVIN HALEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court
Marion County, Texas
Trial Court No. 14262

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

Charles Kevin Haley has filed a motion to dismiss this appeal. The motion was signed by both Haley and his appellate counsel in compliance with Rule 42.2(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). As authorized by Rule 42.2(a), we grant the motion. *See id.*

Accordingly, we dismiss this appeal.

Bailey C. Moseley
Justice

Date Submitted:     May 31, 2016
Date Decided:       June 1, 2016

Do Not Publish